WENDY J. OLSON, IDAHO BAR NO. 7634
UNITED STATES ATTORNEY
CHRISTIAN S. NAFZGER, IDAHO BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 83712-9903
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1038

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | MJ No. 11-7013-S-REB |
| Plaintiff, | ) | |
| | ) | MOTION FOR DETENTION |
| vs. | ) | |
| | ) | |
| ENRICO M. PONZO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America and Wendy J. Olson, United States Attorney for the District of Idaho, and Christian S. Nafzger, the undersigned Assistant United States Attorney, move the Court, pursuant to 18 U.S.C. §§ 3142(a)(4) and 3142(e), for an order directing that a hearing be held for the purpose of holding defendant **Enrico M. Ponzo** without bail prior to trial.

MOTION FOR DETENTION -- Page 1                                                                October 2006

( )     Pursuant to Title 18 U.S.C. § 3142(f), the United States asks for a continuance of _____ days from the date of the defendant's first appearance before a judicial officer.  The continuance is requested in order for an Assistant United States Attorney to prepare for the Detention Hearing, and arrange for witnesses.

The prosecution will introduce evidence as follows pursuant to the specific sections of Title 18, United States Code, as indicated:

( x )     § 3142(f)(1)(A) - a crime of violence;

( )     § 3142(f)(1)(B) - an offense for which the maximum sentence is life imprisonment or death;

( )     § 3142(f)(1)(C) - an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. § 801, et seq.), the Controlled Substances Import and Export Act (21 U.S.C. § 951, et seq.), or Section 1 of the Act of September 15, 1980 (21 U.S.C. § 955a);

( )     § 3142(f)(1)(D) - any felony committed after the person had been convicted of two or more prior offenses described in § 3142(f)(1)(A) through (C), or two or more State or local offenses that would have been offenses described in § 3142(f)(1)(A) through (C) if a circumstance giving rise to Federal jurisdiction had existed;

( )     § 3142(f)(1)(E) - any felony that is not otherwise a crime of violence that (1) involves a minor victim or that (2) involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or (3) involves a failure to register under section 2250 of Title 18, United States Code;

( x )     § 3142(f)(2)(A) - a serious risk that the person will flee or not otherwise appear for trial;

( x )   § 3142(f)(2)(B) - a serious risk that the person will:

    ( )   obstruct or attempt to obstruct justice, or

    ( )   threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror; or

    ( x )   otherwise pose a danger to any other person or the community.

Respectfully submitted this 4th day of February, 2011.

                                            WENDY J. OLSON
                                            United States Attorney
                                            By:

                                            _____
                                            /s/ Christian S. Nafzger
                                            Assistant United States Attorney